FILED
2016 FEB 19 AM 10: 49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 14-436(A)-GHK |
|---|---|
| Plaintiff, | FIRST SUPERSEDING INFORMATION |
| v. | [18 U.S.C. § 371: Conspiracy to Commit Bank Fraud; 18 U.S.C. §§ 981(a)(1)(C), 982(a), and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| YAIR SHOSHANI, aka "Ben Yehuda," aka "Ben Cohen," | |
| Defendant. | |

The Unites States Attorney charges:

[18 U.S.C. § 371]

Beginning in or before 2004, and continuing through on or about June 27, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant YAIR SHOSHANI, also known as ("aka") "Ben Yehuda," aka "Ben Cohen" ("defendant"), together with others known and unknown to the United States Attorney, conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344. The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendant and his co-conspirators would obtain bank-issued credit cards using false information and other persons' identifying information without those

GSC

persons' authorization, use those cards to generate charges for non-existent purchases at purported businesses which had been created only for that purpose and in fact provided no goods or services, and collect on those charges from the banks that had issued the cards. Federally-insured financial institutions defrauded as a result of this conspiracy include JPMorgan Chase Bank, Discover, Bank of America, First Republic Bank, East-West Bank, Citibank, First Bank, and Wells Fargo Bank.  In furtherance of the conspiracy and to accomplish the object of the conspiracy, on May 19, 2014, defendant transported from Los Angeles to London a list he handwrote of names and account numbers used to defraud the banks.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c)
and 18 U.S.C. § 982(a)(2)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to defendant YAIR SHOSHANI, also known as ("aka") "Ben Yehuda," aka "Ben Cohen" ("defendant"), that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(2), in the event of defendant's conviction under this Information.

2. Defendant shall forfeit to the United States the following property:

    a. All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any offense set forth in this Information including, without limitation:

        i. Approximately $106,784.12 in funds seized on or about July 8, 2014, pursuant to a federal seizure warrant from Chase Bank account numbers 510966356 and 510973899 held in the name of Elevation Development Group LLC, Asset Number 14-FBI-005868, 3410-14-F-256;

        ii. Approximately $42,220.97 in funds seized on or about July 8, 2014, pursuant to a federal seizure warrant from HSBC bank account number 167799762 held in the name of defendant YAIR SHOSHANI, Asset Number 14-FBI-005869, 3410-14-F-257;

        iii. Approximately $142,520.50 in funds in Bank of the

3

West account number 033122374 held in the name of Evoluto LLC, Asset Number 14-FBI-006031, 3410-14-F-263;

  iv. Approximately $549,100 in cash seized from a residence in Santa Monica, California, on or about June 27, 2014, Asset Number 14-FBI-005867, 3410-14-F-255;

  v. $100,000 from First Bank, representing the value of cashier's check number 9500159960, payable to Nottinghill Overseas Limited, purchased by Complexis, Inc., and dated December 3, 2013;

  vi. The real property with Assessor's Parcel Number 5528-003-103, commonly known as 750 N. Kings Rd., Number 204, Los Angeles, CA 90069, and with title held by Elevation Development Group LLC, c/o YAIR SHOSHANI, Asset Number 14-FBI-007694, 3410-15-I-066;

  vii. The real property with Assessor's Parcel Number 4339-015-051, commonly known as 976 Larrabee St., Number 129, W. Hollywood, CA 90069, and with title held by Elevation Development Group LLC, c/o YAIR SHOSHANI, Asset Number 14-FBI-007695, 3410-15-I-067;

  viii. The real property with Assessor's Parcel Number 4282-011-049, commonly known as 1325 9th St., Number 7, Santa Monica, CA 90401, and with title held by Elevation Development Group LLC, Asset Number 14-FBI-007696, 3410-15-I-068;

  ix. The real property with Assessor's Parcel Number 4363-007-102, commonly known as 10982 Roebling Ave., Number 359, Los Angeles, CA 90024, and with title held by Elevation Development Group LLC, Asset Number 14-FBI-

007697, 3410-15-I-069;

  x. The real property with Assessor's Parcel Number 5548-025-162, commonly known as 7250 Franklin Ave., Number 1106, Los Angeles, CA 90046, and with title held by Elevation Development Group LLC, Asset Number 14-FBI-007698, 3410-15-I-070;

  xi. Approximately $17,790.74 in funds in Bank of America account number 2137814050 held in the name of Complexis, Inc., Asset Number 14-FBI-006032, 3410-14-F-264;

  xii. $200,000 from East West Bank, representing the value of cashier's check number 865003653, payable to Nottinghill Overseas Limited, purchased by Pan American Ventures, LLC, and dated December 3, 2013, Asset Number 14-FBI-005870, 3410-14-F-258;

  xiii. Approximately $4,080.83 in funds in Citibank account number 40047281635 held in the name of Tom Hakopian, Asset Number 14-FBI-005871, 3410-14-F-259 (1 of 6);

  xiv. Approximately $5,334.74 in funds in Citibank account number 40047281650 held in the name of Tom Hakopian, Asset Number 14-FBI-005871, 3410-14-F-259 (2 of 6);

  xv. Approximately $7,977.94 in funds in Citibank account number 40051751481 held in the name of Roman Yates, Asset Number 14-FBI-005871, 3410-14-F-259 (3 of 6);

  xvi. Approximately $8,140.62 in funds in Citibank account number 40051515241 held in the name of Peter Esposito, Asset Number 14-FBI-005871, 3410-14-F-259 (4 of

1  6);

2  xvii. Approximately $34,164.72 in funds in Citibank
3  account number 40023878487 held in the name of William
4  Clark, Asset Number 14-FBI-005871, 3410-14-F-259 (5 of 6);
5  and

6  xviii. Approximately $2,638 in funds in Citibank
7  account number 42010521633 held in the name of Eli Zehavi,
8  Asset Number 14-FBI-005871, 3410-14-F-259 (6 of 6).

9  xix. All the funds in Compagnie Bancaire Helvetique
10 (CBH) account number 0013194 held in the name of Dasher
11 Overseas S.A./Yair Shoshani (estimated to be approximately
12 $3,245,000 net of a loan), and in CBH account number
13 0021616 held in the name of Nottinghill Overseas
14 Limited/Rachel Shoshani (estimated to be approximately
15 $196,000).

16 (Collectively, the above-described property will be
17 referred to as the "FORFEITABLE PROPERTY"); and

18 b.  A sum of money equal to the total value of the property
19 described in subparagraph a above.

20 ///

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c), defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

GEORGE S. CARDONA
Assistant United States Attorney
Chief, Major Frauds Section

RANEE KATZENSTEIN
Assistant United States Attorney
Deputy Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section