UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-436-DMG✓ |
|---|---|
| Plaintiff, | No. CV 19-1695-DMG |
| v. | **ORDER STAYING PROCEEDINGS [202]** |
| YAIR SHOSHANI, | |
| Defendant. | |

For good cause shown, proceedings in this case are stayed for one year until March 27, 2020.  The government's opposition to defendant's 2255 motion shall be filed by April 17, 2020. Defendant's reply shall be filed by May 22, 2020.

IT IS SO ORDERED.

March 29, 2019
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1