# EXHIBIT 1









# EXHIBIT 2

**חיים לביא (א-דחוח) עו"ד ומגשר**
נייד 050-3887488   טלפון 03-5541118   פקס 03-5541119
haimlavi51@gmail.com   haimlavi.co.il
דוד סחרוב 5 ראשל"צ

01/03/2020

במסירה אישית/בהודעת וואסאפ
בדאר רשום
מבלי לפגוע בזכויות

לכבוד
**שושני רחל ת.ז. 063670459**
רח' אהרונוביץ 51 חולון

העתק :
מר אבינדב שושני ת.ז. 022530893
רח' משה דיין 34 חולון

א.ג.נ.,

הנדון : **הודעה על סיום תקופת השכירות ופינוי המושכר**

1. מרשתי הגב' **רוזי אברהמי ת.ז. 016586851** מלאה את ידי לפנות אליך בנושא שבנדון.

2. בינך לבין מרשתי נחתם חסכם שכירות בתאריך 20.06.2019 ובין הייתר נחתם נספח להסכם השכירות בו הינך רשאית להתגורר תקופה נוספת בין התאריכים 21.06.2019 ועד 20.06.2220.

3. הרני להודיעך כי עם תום תקופת השכירות לאמור בתאריך **20.06.2220** עלייך לפנות את המושכר ולהשיבו לידי מרשתי בהתאם למצויים בסעיפי ההסכם . הרני להסב את תשומת ליבך לסעיפים 11 ו 15 א' כמפורט :

**סעיף 11**

השוכר מתחייב בזה לפנות את המושכר מכל חפציו ומכל אדם וחפץ ללא יוצא מהכלל, ומתחייב להחזיר את החזקה המלאה בו פנויה מכל אדם וחפץ למשכיר ו/או לבא כוחו בתום תקופת השכירות ו/או בכל עת בה בה זכאי המשכיר על פי הסכם זה לפנותו, ו/או אם יבוטל החסכם מכל סיבה שהיא.

**סעיף 15 א'**

אם השוכר לא יפנה את המושכר במועד בתום תקופת השכירות ו/או בכל מועד לפני זה שבו זכאי המשכיר לקבל פינוי המושכר, ואם לא יחזיר החזקה בו פנויה, אזי יהא השוכר חייב לשלם למשכיר סכום בשקלים שווה ערך ל- 300 ש"ח לכל יום של איחור בפינוי ובהחזרה, ועד החזרתו פנוי בפועל. סכום זה יהא השוכר חייב לשלם למשכיר כדמי שכירות ראויים ו/או כדמי נזק קבועים מוסכמים ומוערכים מראש אותם העריכו הצדדים הערכה מחושבת מראש ללא צורך בהוכחת נזק בשל אי פינוי ו/או באי החזרת המושכר במועד, וזאת מבלי לגרוע מהסעדים העומדים למשכיר על פי כל דין ו/או על פי הסכם זה. הפיצוי המוסכם הנ"ל ישולם למשכיר תוך 5 ימים מהמועד בו יידרש השוכר לשלמו.

01-MAR-2020 16:50   From:                                    To:035190916



**חיים לביא (א-דחוח) עו"ד ומגשר**
נייד 050-3887488   טלפון 03-5541118   פקס 03-5541119
haimlavi51@gmail.com   haimlavi.co.il
דוד סחרוב 5 ראשל"צ

מוסכם בזאת כי לא יהא בתשלום הפיצוי המוסכם הנ"ל משום הסכמה להמשך שהיית השוכר במושכר ולא יהיה בו כדי למנוע מהמשכיר כל סעד או תרופה המגיעים לו על פי הסכם ו/או דין לרבות פיצוי מלא על נזקיו בפועל.

4. אשר על כן הנך נדרשת לפנות את המושכר כמצוין לעיל . והיה וברצונך לסיים את תקופת השכירות לפני מועד זה אזי היה עלייך להודיע למשכיר בהתאם לאמור בסכם ובנספח לו .

5. ככל ולא תעמדי בדרישות מרשתי לפינוי המושכר עד ולא יאוחר מיום 20.06.2220 שעה 12:00 או אז בכוונת מרשתי להגיש כתב תביעה לפינוי מושכר בבית משפט ולביצוע בהוצאה לפועל .

6. אין במכתבי זה משום וויתור על אי איזו טענה ו/או פיצוי ו/או נזק שנגרם למרשתי לרבות הוצאת מכתב זה ובכללו עוגמת הנפש, ושכר טרחת עו"ד .

7. התראה נוספת לא תשלח .



בכבוד רב
חיים - לביא עו"ד